IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:23-CR-03052 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | ENTRY OF APPEARANCE |
| | ) | AS COUNSEL FOR DEFENDANT |
| VINCENT J PALERMO, | ) | |
| | ) | |
| DEFENDANT. | ) | |

W. Randall Paragas, hereby enters his appearance as attorney for the Defendant, VINCENT J PALERMO, in the above-captioned case.  Enter my appearance as retained counsel.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 21st day of April, 2023.

VINCENT J PALERMO, Defendant,

By: /s/ W. Randall Paragas
W. Randall Paragas, #18382
Paragas Law Offices
9202 W. Dodge Rd., Ste. 307
Omaha, NE 68114
402-926-2300

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on the 21st day of April, 2023, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system which sent notification of such filing to the following:

Lesley A Woods
Assistant US Attorney
1620 Dodge St Ste. 1400
Omaha, NE 68102-1506

/s/ W. Randall Paragas