IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:23-CR-03052 |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | MOTION FOR REVOCATION |
| | ) | OF ORDER OF DETENTION/ |
| VINCENT J PALERMO, | ) | APPEAL OF DETENTION ORDER |
| | ) | |
| DEFENDANT. | ) | |

COMES NOW the Defendant, Vincent J. Palermo by and through his Attorney, W. Randall Paragas, pursuant to Title 18 Chapter 207/sec. 3145 and Local Rule NCR 46.2 and hereby moves this Court for an Order revoking the Order of Detention entered by the Magistrate on April 28, 2023. Further the Defendant gives notice of his intent to appeal the above said Order of the Magistrate.

In support of said Motion, the Defendant shows the Court that he has been unable to obtain a transcript of the Detention Hearing proceedings held on April 24, 2023 and April 26, 2023 in this case and as a result is unable, at this time, to provide the grounds for said Motion and Appeal. Further, Defendant's Counsel has been informed by the Federal District Court Reporter that said transcript should be available by May 19, 2023. Defense Counsel is requesting and Order of the Court allowing him to file a Supplemental Brief in support of this Motion and Appeal on or before May 24, 2023.

WHEREFORE, the Defendant prays for the relief requested herein and an Order of the Court regarding Brief submission.

DATED this 12th day of May, 2023.

VINCENT J PALERMO, Defendant,

By:   /s/ W. Randall Paragas
W. Randall Paragas, #18382
Paragas Law Offices
9202 W. Dodge Rd., Ste. 307
Omaha, NE 68114
402-926-2300

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on the 12th day of May, 2023, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system which sent notification of such filing to the following:

Lesley A Woods
Assistant US Attorney
1620 Dodge St Ste. 1400
Omaha, NE  68102-1506

Steven J. Lefler
Lefler and Kuehl
300 South 19th Street
Suite #304
Omaha, NE  68102

Glenn Shapiro
Shapiro Riha Law LLP
Third Floor, 1001 Farnam Street
Omaha, NE  68102

Korey Reiman
Federal Public Defender's Office
100 Centennial Mall North
112 Federal Building
Lincoln, NE  68508

/s/ W. Randall Paragas