IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 4:23-CR-3052 | |
| ) | | |
| PLAINTIFF, ) | | |
| ) | | |
| VS. ) | MOTION TO FILE | |
| ) | FILE BRIEF OUT OF TIME | |
| VINCENT J PALERMO, ) | | |
| ) | | |
| DEFENDANT. ) | | |

COMES NOW W. Randall Paragas, Attorney for the Defendant and hereby requests permission of the Court to file his Brief In Support of Detention Appeal one day out of time. In support of said Motion, Defense Counsel shows the Court that he encountered difficulty in his office producing the final draft of said Brief on May 24, 2023. Further, the Assistant U.S. Attorney has no objection to this Motion.

WHEREFORE Defense Counsel requests leave to file the above said Brief one day out of time.

VINCENT J PALERMO, Defendant,

By:   /s/ W. Randall Paragas
      W. Randall Paragas, #18382
      Paragas Law Offices
      9202 W. Dodge Rd., Ste. 307
      Omaha, NE 68114
      402-926-2300

CERTIFICATE OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES that on the 25th day of May, 2023, I electronically filed the foregoing with the Clerk of the United States District Court using the CM/ECF system which sent notification of such filing to the following:
Lesley A Woods
Assistant US Attorney
1620 Dodge St Ste. 1400
Omaha, NE 68102-1506

                                                    /s/ W. Randall Paragas