IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>VINCENT J. PALERMO<br><br>            Defendants. | 4:23CR3052<br><br>MOTION TO EXTEND RESPONSE DEADLINE |

      COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and requests permission to combine responses to the objections to detention order in this matter in Filing Nos. 65 and 85 and requests an extension of time to respond to the objections from the presently set deadline of June 1, 2023, to a deadline of June 5, 2023. In support of this request, the United States would show the following;

1. The undersigned AUSA has been working extensively this week with support staff to produce discovery in this matter to all counsel; and

2. The United States has consulted with opposing counsel, and there is no objection to this request.

      For the forgoing reasons, the undersigned Assistant United States Attorney respectfully requests this Court authorize an extension from the original due date of June 1, 2023, to the new deadline ordered by the Court of June 5, 2023.

DATED this 1st day of June, 2023.

                Respectfully submitted,

                UNITED STATES OF AMERICA,

                STEVEN A. RUSSELL,
                United States Attorney
                District of Nebraska

By:   *s/ Lesley Woods*
       LESLEY WOODS, TX #24092092
       Assistant U.S. Attorney
       1620 Dodge Street, #1400
       Omaha, NE  68102-1506
       Tel:  (402) 661-3700
       E-mail: lesley.woods@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

                s/ Lesley Woods
                Assistant U.S. Attorney