IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VINCENT J. PALERMO,<br>JOHNNY PALERMO,<br>RICHARD GONZALEZ, a/k/a "Richie,"<br><br>Defendants. | 4:23CR3052<br><br>NOTICE OF COMPLIANCE OF LOCAL CRIMINAL RULE 16.1(a) |

Comes now the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United States District Court for the District of Nebraska, hereby gives notice that discovery material has been provided to defendants in the above-captioned case.

DATED this 2nd day of June, 2023.

Respectfully submitted;

STEVEN A. RUSSELL
United States Attorney
District of Nebraska

By: *s/ Lesley Woods*
LESLEY WOODS, TX #24092092
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102
Tel: (402) 661-3714
Fax: (402) 661-3084
E-mail: lesley.woods@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on June 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.   I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

                                             *s/ Lesley Woods*
                                             Assistant U.S. Attorney