IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

VINCENT J. PALERMO, a/k/a "Vinny"
JOHNNY PALERMO, and
RICHARD GONZALEZ, a/k/a "Richie",

Defendants.

4:23CR3052

NOTICE OF APPEARANCE

Sean P. Lynch, hereby enters his appearance as Assistant United States Attorney on

behalf of the United States in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

UNITED STATES OF AMERICA, Plaintiff

Sincerely,

SUSAN LEHR
Acting United States Attorney
District of Nebraska

By:      s/  Sean P. Lynch
SEAN P. LYNCH, #25275
Assistant U.S. Attorney
1620 Dodge Street, Ste. 1400
Omaha, Nebraska  68102
Tel: (402) 661-3700
Fax: (402) 661-3084
E-mail:  sean.lynch@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on November 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.


                                <u>s/ Sean P. Lynch     </u>
                                  Assistant U.S. Attorney