IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>VINCENT J. PALERMO,<br><br>              Defendant. | 4:23CR3052<br><br>STATEMENT OF PLAINTIFF PURSUANT TO NECrimR. 32.1(b) REGARDING SENTENCING PROCEDURES AND ADOPTION OF THE 2nd REVISED PRESENTENCE INVESTIGATION REPORT |

COMES NOW Plaintiff, the United States of America, by and through the undersigned Assistant United States Attorney, and hereby provides this written statement in accordance with NECrimR. 32.1(b), regarding Sentencing Procedures.

Plaintiff hereby adopts the 2nd Revised Presentence Investigation Report. Plaintiff anticipates offering no additional evidence at sentencing, other than to rebut or address issues raised by Defendant.

                                          Respectfully Submitted,

                                          UNITED STATES OF AMERICA,

                                          SUSAN T. LEHR
                                          Acting United States Attorney
                                          District of Nebraska

By:    s/ Donald J. Kleine
          DONALD J. KLEINE, #22669
          Assistant U.S. Attorney
          1620 Dodge Street, Suite 1400
          Omaha, NE 68102-1506
          Tel: (402) 661-3700
          Fax: (402) 661-3084
          E-mail: donald.kleine@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on January 8, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants:

    Laura Baumann
    U.S. Probation

                                     s/ Donald J. Kleine
                                     Assistant U.S. Attorney