IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23-CR-3052 |
| vs. | ORDER |
| VINCENT J. PALERMO, | |
| Defendant. | |

IT IS ORDERED that the Clerk of the Court shall accept up to and including $10,292.28 in restitution until further order of the Court.

Dated this 8th day of January, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge