IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNNY PALERMO, RICHARD GONZALEZ, and JACK OLSON,<br><br>Defendants. | 4:23-CR-3051<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VINCENT J. PALERMO,<br><br>Defendant. | 4:23-CR-3052<br><br>ORDER |

IT IS ORDERED:

1. NLPOA Omaha's motion to extend (case no. 4:23-cr-3051 filing 293, case no. 4:23-cr-3052 filing 225) is granted.

2. NLPOA Omaha may respond to the NLPOA Foundation's motion to change the restitution payee (case no. 4:23-cr-3051 filing 286, case no. 4:23-cr-3052 filing 219) on or before October 14, 2025.

3.  The NLPOA's Foundation's objection (case no. 4:23-cr-3051 filing 292 and filing 295) is overruled.

4.  The Clerk of the Court shall provide a copy of this order to NLPOA Omaha at the address provided in case no. 4:23-cr-3051 filing 293.

Dated this 5th day of August, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge