IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHNNY PALERMO, RICHARD GONZALEZ, and JACK OLSON,<br><br>    Defendants. | 4:23-CR-3051<br>4:23-CR-3052 |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VINCENT J. PALERMO, JOHNNY PALERMO, and RICHARD GONZALEZ,<br><br>    Defendants. | JOINT MOTION<br>TO ENLARGE TIME<br>AND SET SETTLEMENT<br>CONFERENCE |

      COMES NOW Nebraska Latino Peace Officer Association, LPOA Omaha Chapter (hereinafter, "NLPOA Omaha"), Interested Party in the above-captioned matter, by and through its attorneys, Matthew P. Saathoff and Jacob A. Acers of the Saathoff Law Group, PC, LLO, and Nebraska Latino Peace Officer Foundation hereinafter, "NLPOA Foundation"), Interested Party in the above-captioned matter, by and through its attorney Howard N. Kaplan of K&K Law LLP, respectfully request that this Court enter its order enlarging NLPOA Omaha's time to respond to NLPOA Foundation's Motion to Change the Restitution Payee. In support of this Motion, NLPOA Omaha hereby advises this Court as follows:

    (1)    Counsel for NLPOA Omaha entered into negotiations with counsel for NLPOA Foundation to resolve the matter currently before this Court.

    (2)    The parties hereto desire to mediate the matter currently before this Court in a settlement conference with the Federal Judge Magistrate.

    (3)    Based upon the assumption that this matter may be resolved via a settlement conference, both NLPOA Omaha and NLPOA Foundation respectfully request that this Court

extend NLPOA Omaha's time to respond to NLPOA Foundation's Motion to Change Restitution Payee to ten (10) days after the failure of any such settlement conference.

(4)    The parties hereto respectfully request that this Court issue its order setting this matter for a telephonic conference with the Federal Judge Magistrate.

WHEREFORE, the parties respectfully request that this Court issue its Order granting NLPOA Omaha until a date ten (10) days after the failure of any such settlement conference to respond to NLPOA Foundation's Motion to Change Restitution Payee; and for such other and further relief as this Court deems just and equitable.

                NEBRASKA LATINO PEACE
                OFFICERS ASSOCIATION,
                LPOA OMAHA CHAPTER,
                Interested Party

By:   s/ Matthew P. Saathoff
      Matthew P. Saathoff #24321
      Jacob A. Acers #26001
      The Saathoff Law Group, PC, LLO
      440 Regency Parkway Drive #132
      Omaha, NE 68114
      402.333.8488
      matt@saathofflaw.com
      jacob@saathofflaw.com
      *Attorneys for Interested Party*

      NATIONAL LATINO PEACE OFFICERS
      ASSOCIATION OMAHA CHAPTER
      FOUNDATION, a/k/a NLPOA Foundation

By:   /s/ Howard N. Kaplan
      Howard N. Kaplan, #17500
      K&K Law LLP
      10675 Bedford Avenue, Suite 201
      Omaha, Nebraska 68134
      (402) 397-8988
      Attorney for NLPOA Foundation

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing Unopposed Motion to Enlarge Time was served by the CM/ECF System to all counsel of record on October 28, 2025.

/s/ Jacob A. Acers
Jacob A. Acers