IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHNNY PALERMO, RICHARD GONZALEZ, and JACK OLSON,<br><br>　　　　Defendants. | 4:23-CR-3051<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>VINCENT J. PALERMO,<br><br>　　　　Defendant. | 4:23-CR-3052<br><br>ORDER |

IT IS ORDERED:

1. The parties' joint motion to continue (case no. 4:23-cr-3051 filing 300, case no. 4:23-cr-3052 filing 231) is granted.

2. NLPOA Omaha's deadline to respond to the NLPOA Foundation's motion to change the restitution payee (case no. 4:23-cr-3051 filing 286, case no. 4:23-cr-3052 filing 219) is suspended pending further order of the Court.

3. The parties are directed to contact the Magistrate Judge's chambers to schedule a settlement conference.

Dated this 29th day of October, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

- 2 -