IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>VINCENT J. PALERMO,<br><br>          Defendant. | **4:23CR3052**<br><br>**CASE<br>TELEPHONE CONFERENCE<br>INSTRUCTIONS** |

To facilitate telephone conferences with Magistrate Judge DeLuca, <u>unless the court's order states otherwise</u>, counsel and the defendants shall use the following instructions and codes assigned to this case:

Dial 1-855-244-8681.

Enter the access code 2318 102 2958, then touch the # key.

DATED this 29th day of October, 2025.

                                                           BY THE COURT:

                                                           *s/ Jacqueline M. Deluca*
                                                           United States Magistrate Judge